Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

# UNITED STATES DISTRICT COURT
for the
\_\_\_\_\_Middle\_\_\_\_\_ District of Flori ▼

_____Ocala\_\_ Division

Jerry L. Hoffman Jr.

*Plaintiff(s)*
(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)

-v-

Jose Delgado
City of Punta Gorda Police Dept.
City of Punta Gorda

*Defendant(s)*
(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names. Do not include addresses here.)

Case No. 5:23-cv-131-BJD-PRL
*(to be filled in by the Clerk's Office)*

Jury Trial: *(check one)* ✔ Yes ☐ No

FILED 2023 FEB 27 PM 12:30 CLERK, US DISTRICT COURT MIDDLE DISTRICT OF FL

## COMPLAINT FOR VIOLATION OF CIVIL RIGHTS
(Non-Prisoner Complaint)

### NOTICE

Federal Rules of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should *not* contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include *only*: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

Except as noted in this form, plaintiff need not send exhibits, affidavits, grievance or witness statements, or any other materials to the Clerk's Office with this complaint.

In order for your complaint to be filed, it must be accompanied by the filing fee or an application to proceed in forma pauperis.

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

I. **The Parties to This Complaint**

   A. **The Plaintiff(s)**

   Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

   | | |
   |---|---|
   | Name | Jerry L. Hoffman Jr. |
   | Address | 18470 SE 18th Lane |
   | | Williston, Fl 32696 |
   | | *City / State / Zip Code* |
   | County | Levy |
   | Telephone Number | 352-339-4682 |
   | E-Mail Address | ImCatchULater@gmail.com |

   B. **The Defendant(s)**

   Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title (if known) and check whether you are bringing this complaint against them in their individual capacity or official capacity, or both. Attach additional pages if needed.

   Defendant No. 1

   | | |
   |---|---|
   | Name | Jose Dalgado |
   | Job or Title *(if known)* | Detective (#718) City Police Dept. |
   | Address | 1410 Tamiami Trail |
   | | Punta Gorda, Fl 33950 |
   | County | Charlotte |
   | Telephone Number | 941-639-4111 |
   | E-Mail Address *(if known)* | ? |

   [✔] Individual capacity    [ ] Official capacity

   Defendant No. 2

   | | |
   |---|---|
   | Name | City of Punta Gorda Poilce Dept. |
   | Job or Title *(if known)* | City Police Department |
   | Address | 1410 Tamiami Trail |
   | | Punta Gorda, Fl 33950 |
   | County | Charlotte |
   | Telephone Number | 941-639-4111 |
   | E-Mail Address *(if known)* | |

   [ ] Individual capacity    [✔] Official capacity

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

Defendant No. 3
Name: City Of Punta Gorda Florida
Job or Title (if known): City/Municipality
Address: 326 W. Marion Ave.
City: Punta Gorda   State: Fl   Zip Code: 33950
County: Charlotte
Telephone Number: 941-575-3302
E-Mail Address (if known): cityclerk@pgorda.us

[ ] Individual capacity   [✔] Official capacity

Defendant No. 4
Name:
Job or Title (if known):
Address:
City:   State:   Zip Code:
County:
Telephone Number:
E-Mail Address (if known):

[ ] Individual capacity   [ ] Official capacity

## II. Basis for Jurisdiction

Under 42 U.S.C. § 1983, you may sue state or local officials for the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." Under *Bivens v. Six Unknown Named Agents of Federal Bureau of Narcotics*, 403 U.S. 388 (1971), you may sue federal officials for the violation of certain constitutional rights.

A. Are you bringing suit against (check all that apply):

[ ] Federal officials (a *Bivens* claim)

[✔] State or local officials (a § 1983 claim)

B. Section 1983 allows claims alleging the "deprivation of any rights, privileges, or immunities secured by the Constitution and [federal laws]." 42 U.S.C. § 1983. If you are suing under section 1983, what federal constitutional or statutory right(s) do you claim is/are being violated by state or local officials?

Violation of First (1st), fourth (4th), Eighth (8th) Fourteenth (14th) of the United States Constitution.

C. Plaintiffs suing under *Bivens* may only recover for the violation of certain constitutional rights. If you are suing under *Bivens*, what constitutional right(s) do you claim is/are being violated by federal officials?

Pro Se 15 (Rev. 12/16) Complaint for Violation of Civil Rights (Non–Prisoner)

N/A

D. Section 1983 allows defendants to be found liable only when they have acted "under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia." 42 U.S.C. § 1983. If you are suing under section 1983, explain how each defendant acted under color of state or local law. If you are suing under *Bivens*, explain how each defendant acted under color of federal law. Attach additional pages if needed.

The City of Punta Gorda inacted city ordanance Chapter 15, Section 15-48, making it illegal to audio/video record inside any city controlled building. Detective Delgado used excessive force and purjury in committing a retaliatory arrest for Plaintiff audio/video recording inside the public Lobby of the City of Punta Gorda police lobby, a city controlled facility, and violated his oath of office.

### III. Statement of Claim

State as briefly as possible the facts of your case. Describe how each defendant was personally involved in the alleged wrongful action, along with the dates and locations of all relevant events. You may wish to include further details such as the names of other persons involved in the events giving rise to your claims. Do not cite any cases or statutes. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A. Where did the events giving rise to your claim(s) occur?

Inside the public lobby of the City of Punta Gorda Police Department located at 1410 Tamiami Trail inside the city limits of Punta Gorda Florida.

B. What date and approximate time did the events giving rise to your claim(s) occur?

The events occured on 28 July 2022 at around 1:57pm.

C. What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

See attached, additional pages.

## IV. Injuries

If you sustained injuries related to the events alleged above, describe your injuries and state what medical treatment, if any, you required and did or did not receive.

1) I'm am already 100% disabled with KFS (Kipple-Feilds Syndrone) and have a misaligned bone structure, and nerve damage that was made permantely worse and more painful by Detective Delgado's attack.

2) There has been perminate soft tissue damage in my lower back and neck, increasing pain and confining me to bed and locomotion by wheel chair.

3) I suffer emotionally from moderate to severe PTSD, due to the unlawful attack by Detective Delagdo and I don't leave my house unless to go to the VA for treatment.

4) I'm still suffering mental anguish and can no longer concentrate or think clearly over the Constitutional Rights I was denied and the attack.

5) I have suffered such a chilling effect of my freedom of speech that I no longer practise photojournalism.

6) I no longer communicate with family or friends and have an unreasonable fear of all police and I am getting ongoing help from the Veteran's Administration in these matters.

7) My camera equpiment was severly damaged, my BWC was stolen without a warrent and my glasses were totally distroyed.

## V. Relief

State briefly what you want the court to do for you. Make no legal arguments. Do not cite any cases or statutes. If requesting money damages, include the amounts of any actual damages and/or punitive damages claimed for the acts alleged. Explain the basis for these claims.

In my prayer for relief,

1) I want Officer Delgado to be held responcible for violating his oath of office.

2) I want to invoke Quo Warranto on the City of Punta Gorda for adopting an unconstitutional ordanance and violating their city charter and the Florida Constitution as they have a history of doing, so this does not happen to anyone else, and I want to name the trustee.

3) I want compensatory damages in the amount of $840.00.

4) I want punitive damages in the amount of $5,000,000.00.

5) I want special damages in the amount of $5,000,000.00.

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case–related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 02/23/2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Jerry L. Hoffman Jr.

### B. For Attorneys

Date of signing: 02/23/2023

Signature of Attorney: n/a
Printed Name of Attorney: n/a
Bar Number: n/a
Name of Law Firm: n/a
Address: 18470 S.E. 18th Lane
Williston, FL 32696
Telephone Number: (352) 339-4682
E-mail Address: ImCatchULater@gmail.com

1) Plaintiff and three other photojournalists, David Hobson, George Nathanson and Shawn Berry, went to the City of Punta Gorda Police Department to inquire about why none of our FOIA requests to the department had not been responded to and also to get some complaint forms.

2) I wanted to audio/video record our interactions with the department as is my Constitutional Right.

3) We were told there was no audio/video recording in any city controlled facilities due to city ordinance, Chapter 15, Section 15-48.

4) We were denied service and asked to leave.

5) I told the officer I would step outside and turned to ask Ofc Smith a question.

6) As I was asking Ofc Smith for the PIO, Detective Delgado approached.

7) I asked Detective Delgado to "please not touch me".

8) Detective Delgado angrily/ loudly says "step outside" and immediately shoved me into a protruding wall corner and I fell to the floor.

9) From the floor, I asked him "What the hell's the matter with you?"

10) He then grabbed my left arm and started dragging me towards the exit.

11) I hollered "Get off me cop".

12) I was too heavy to drag and he released me, saying "Then get up. Git that drama outa here"

13) As regained my feet " I said you're a piece of garbage man" and he grabbed my left elbow in a pain compliant hold and started pushing me towards the door.

14) I jerked my left elbow with my left hand holding my camera equipment, down and towards me breaking his painful hold and saying, "Git off me man".

15) At that point Detective Delgado says, "You can't strike me. You're under arrest." and then body slams me onto the floor.

16) Detective Delgado tells me to get my hands behind my back and I say, "Yes sir".

17) As I lay compliant and unmoving on the floor where I had landed Detective Delgado grabs my left wrist bending it almost to the breaking point and pushes his knee onto my back and realizes he in in the way of handcuffing me and moves his knee to my neck applying his total force.

18) As he is handcuffing me, I can hear the rage in his voice as he says, "Hit me man. Wrong guy"

19) I say "I didn't hit you" and he viciously pulls my cuffed hands upward and towards my head almost tearing my shoulders from their sockets.

20) Then he releases the upward pressure on my handcuffed arms and pulls on my safety vest chocking me and yelling, "Get up".

21) I tell him "I can't. I got a back that's messed up" and others officers there pulled me upright.

22) No one at the Police Department searched me.

23) I was never mirandized.

24) I was questioned angrily by Detective Delgado.

25) I was finally taken to the hospital where I had a CT scan, then taken to jail.

26) I have multiple different unedited videos from some of the officers present showing what is written here and my own unedited camera video that was shut off, I was struck so hard by Detective Delgado.