FROM:
Jerry L Hoffman Jr.
18470 SE 18th Lane
Williston FLA 32696

TO:
United States District Court
207 NW 2nd St
Ocala, FLA. 34475

RETURN RECEIPT REQUESTED

7022 3330 0000 8181 8440

CERTIFIED MAIL

SCREENED By USMS

U.S. POSTAGE PAID
FCM LG ENV
MORRISTON, FL
32668
FEB 24, 23
AMOUNT
$9.72
R2305H127669-01

34475

Case 2:23-cv-00130-SPC-NPM   Document 1-1   Filed 02/27/23   Page 2 of 2 PageID 11



93300007
Utility Mailer
10" x 14" (usable inside dimension)
Please Recycle

UNITED STATES POSTAL SERVICE®

MORRISTON POST OFFICE
FEB 24

0  15645 97296  4

AIC-093
Product Code 93300007 - March 2019
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.

Utility Mailer