FROM:
Jerry L Hoffman Jr.
18470 SE 18th Lane
Williston FLA 32696

TO:
United States District Court
207 NW 2nd ST
Ocala, FLA. 34475

RETURN RECEIPT REQUESTED

7022 3330 0000 8181 8440

CERTIFIED MAIL





U.S. POSTAGE PAID
FCM LG ENV
MORRISTON, FL
32668
FEB 24, 23
AMOUNT
$9.72
R2305H127669-01

SCREENED By USMS



