7022 1670 0001

**FROM:**

Jerry L Hoffman
18470 SE 18th Lane
Williston Fla 32696

**TO:**

SCREENED
By USPS

United States Courth
Clerk office
2110 First S
Fort Myers

**Utility Mailer
10 1/2" x 16"**

2023 APR 12 AM 11:28

CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RECEIVED

4718 3704



RDC 99                    33901


U.S. POSTAGE PAID
FCM LG ENV
MORRISTON, FL
32668
APR 10, 23
AMOUNT
**$7.57**
R2305H127669-01

ouse & Federal Building

treet

Floki**da** 33901

ReadyPost.

Visit **USPS.com** for Shipping Sup

### 93300007
### Utility Mailer
### 10" x 14" (usable inside dimension)

 Please Recycle





PULL TAB TO OPEN

# Utility Mailer



0  15645 97296  4

AIC-093
Product Code 93300007 - March 2019
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.