FILED

# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
Choose division

2023 APR 12 AM 11: 27

Enter name(s),
  Jerry L, Hoffman Jr.
    Plaintiffs,

v.

                              2:23-cv-130-SPC-NPM

Case No. Enter case number

Enter name(s),
  Jose Delgado
  City of Punta Gorda Florida
    Defendants.

## DISCLOSURE STATEMENT PURSUANT TO
## FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, enter name of filing party/intervenor, makes the following disclosure(s).
Jerry L. Hoffman Jr.

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: N/A

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]]

    N/A

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:
Jerry L. Hoffman Jr,
Jose Delgado
City of Punta Gorda Florida

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:
City Of Punta Gorda Florida

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:
Jerry L Hoffman Jr., Jery L. Hoffman Sr., Shawn Berry, George Nathanson, David Hobson, Dr. Plumly
Greg Murray. Jose Delgado. Ofc Jimenez. Ofc Burga. Ofc, Miller, their attorney ?

6. Identify each person arguably eligible for restitution:
Jerry L. Hoffman Jr,

☒ I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

_____
Add name of party or counsel
If counsel, add name of client
Add date of signature

Jerry L. Hoffman Jr
18470 SE 18th Lane
Williston Florida 32696
ph# (352)-339-4682
email
ImCatchULater@gmail,com
10-April-2023

2