7022 1670 0001

FROM:

Jerry L Hoffman
18470 SE 18th Lane
Williston FLA 32696

TO:

United States Courth[ouse]
Clerk Office
2110 First S[treet]
Fort Myers [FL]

SCREENED By USPS

Utility Mailer
10 1/2" x 16"

2023 APR 12 AM 11:28
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA

RECEIVED

4718 3704



RDC 99



33901

U.S. POSTAGE PAID
FCM LG ENV
MORRISTON, FL
32668
APR 10, 23
AMOUNT
$7.57
R2305H127669-01

ouse & Federal Building

treet

Florida 33901

ReadyPost.

Visit USPS.com® for Shipping Sup

93300007
Utility Mailer
10" x 14" (usable inside dimension)


Please Recycle





