UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

Jerry L. Hoffman Jr.
Enter name(s),

*Plaintiffs*,

v.

Enter name(s),
Jose Delgado
City of Punta Gorda Florida
*Defendants*.

2:23-cv-130-SPC-NPM

NO. Enter case number

## NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

2:23-cv-130-SPC-NPM

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:
Click or tap here to enter text.
Click or tap here to enter text.
Case# 22001209F

☐ **IS NOT** related to any pending or closed civil or criminal case filed with this Court, or any other federal or state court, or administrative agency.
Click or tap here to enter text.
Click or tap here to enter text.

_/s/ JL Hoffman_
[signature of counsel or unrepresented party
see Fed. R. Civ. P. 11(a)]

10-April-2023
Click or tap to enter a date.

JERRY L. HOFFMAN JR
18470 SE 18th LANE
WILLISTON FLORIDA 32696
Ph# 352-339-4682
EMAIL IMCATCHULATER@GMAIL.COM

2