**FROM:**

Jerry L Hoffman
18470 SE 18th Lane
Williston Fla 32696

**TO:**

United States Courth[ouse]
Clerk office
2110 First S[treet]
Fort Myers [FL]

SCREENED By USPS

Utility Mailer
10 1/2" x 16"

2023 APR 12 AM 11:28
CLERK US DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS FLORIDA

RECEIVED

4718 3704




RDC 99

33901

U.S. POSTAGE PAID
FCM LG ENV
MORRISTON, FL
32668
APR 10, 23
AMOUNT
**$7.57**
R2305H127669-01

ouse & Federal Building

treet

Florida 33901

ReadyPost.

Visit USPS.com® for Shipping Sup

**93300007**
**Utility Mailer**
**10" x 14"** (usable inside dimension)

 Please Recycle



PULL TAB TO OPEN

Utility Mailer

AIC-093
Product Code 93300007 - March 2019
www.usps.com
A product of the United States Postal Service ®
MADE IN THE U.S.A.