Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

# UNITED STATES DISTRICT COURT
## for the
### Middle District of Florida 
### Fort Myers Division

FILED
2023 MAY 22 PM 1:11

| | | |
|---|---|---|
| JERRY L. HOFFMAN <br><br> *Plaintiff(s)* <br> *(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* <br> -v- <br> JOSE DELGADO and <br> The CITY OF PUNTA GORDA FLORIDA <br><br> *Defendant(s)* <br> *(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)* | Case No. | 2:23-cv-130-SPC-NPM <br> *(to be filled in by the Clerk's Office)* |

## COMPLAINT AND REQUEST FOR INJUNCTION

### I. The Parties to This Complaint

#### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Jerry L. Hoffman Jr. |
| Street Address | 18470 SE 18th Lane |
| City and County | Williston, LEVY County |
| State and Zip Code | Florida, 32696 |
| Telephone Number | (352)-339-4682 |
| E-mail Address | ImCatchULater@gmail.com |

#### B. The Defendant(s)

Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Page 1 of 6

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

Defendant No. 1

| | |
|---|---|
| Name | Jose Delgado |
| Job or Title (if known) | Detective with The City of Punta Gorda Florida |
| Street Address | 1410 Tamiami Trail |
| City and County | Punta Gorda    Charlotte County |
| State and Zip Code | Florida, 33950 |
| Telephone Number | (941)-639-4111 |
| E-mail Address (if known) | |

Defendant No. 2

| | |
|---|---|
| Name | City of Punta Gorda Florida |
| Job or Title (if known) | Gerg Murray city manager |
| Street Address | 117 Herald Ct. unit 211 |
| City and County | Punta Gorda    Charlotte County |
| State and Zip Code | Florida, 33950 |
| Telephone Number | (904)-575-3301 |
| E-mail Address (if known) | gmurray@cityofpuntagordafl.com |

Defendant No. 3

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Defendant No. 4

| | |
|---|---|
| Name | |
| Job or Title (if known) | |
| Street Address | |
| City and County | |
| State and Zip Code | |
| Telephone Number | |
| E-mail Address (if known) | |

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only two types of cases can be heard in federal court: cases involving a federal question and cases involving diversity of citizenship of the parties. Under 28 U.S.C. § 1331, a case arising under the United States Constitution or federal laws or treaties is a federal question case. Under 28 U.S.C. § 1332, a case in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000 is a diversity of citizenship case. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

What is the basis for federal court jurisdiction? *(check all that apply)*

[✓] Federal question        [ ] Diversity of citizenship

Fill out the paragraphs in this section that apply to this case.

A. **If the Basis for Jurisdiction Is a Federal Question**

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

First, Fourth, Fifth, Eighth, and Fourteenth Amendments of the United States Constitutuon

B. **If the Basis for Jurisdiction Is Diversity of Citizenship**

1. The Plaintiff(s)

    a. If the plaintiff is an individual

    The plaintiff, *(name)* n/a , is a citizen of the State of *(name)* n/a .

    b. If the plaintiff is a corporation

    The plaintiff, *(name)* n/a , is incorporated under the laws of the State of *(name)* n/a , and has its principal place of business in the State of *(name)* n/a .

    *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

2. The Defendant(s)

    a. If the defendant is an individual

    The defendant, *(name)* n/a , is a citizen of the State of *(name)* n/a . Or is a citizen of *(foreign nation)* n/a .

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

b.  If the defendant is a corporation

The defendant, *(name)* n/a                     , is incorporated under the laws of the State of *(name)* n/a                     , and has its principal place of business in the State of *(name)* n/a                     . Or is incorporated under the laws of *(foreign nation)* n/a                     , and has its principal place of business in *(name)* n/a                     .

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

3.  The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

n/a

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the injunction or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

A.  Where did the events giving rise to your claim(s) occur?

The public lobby of the Punta Gorda police Department located at 1410 Tamiami Trail, Punta Gorda Florida, 33950

B.  What date and approximate time did the events giving rise to your claim(s) occur?

28-July-2022 at or around 2:00pm

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

C.  What are the facts underlying your claim(s)? *(For example: What happened to you? Who did what? Was anyone else involved? Who else saw what happened?)*

I was attacked, robbed, and kiddnapped by Detective Delgado for video recording in the public lobby of the Punta Gorda Police Station, having my First, Fourth, Fifth, Eighth, and Fourteenth Amendments violated. Witnessed by David Hobson, George Nathanson, and Shawn Berry, who were present. Detective Delgado perjured his official report, which leaves out details and which varies significantly from police BWCs, in order to arrest Plaintiff and charge Plaintiff with, Battery of Law Enforcement Officer, Resisting Officer with Violence and Trespass in Structure after Warning (F.S.S. 810.08(2)(b), of which I did none of these actions. Yet, the criminal charges are ongoing,(Case No. 22001209-F) as well as a Temporary Restraining Order. As per Magistrate Judge N. Mizell order to send a waiver of summons to the Defendants, Plaintiff has complied and is in fear of retailation from Defendants.

## IV. Irreparable Injury

Explain why monetary damages at a later time would not adequately compensate you for the injuries you sustained, are sustaining, or will sustain as a result of the events described above, or why such compensation could not be measured.

Plaintiff seeks injunction from the malicious prosecution that is ongoing due to the perjured report of Defendant Delgado. Plaintiff has video proof provided by Punta Gorda Police Body Worn Cameras and Plaintiff's own video, both completely refute the written and sworn to statement provided by Defendant Delgado. As this criminal case (Case No. 22001209F Charlotte County) is ongiong, Plaintiff's health is declining. Some of this declining health is due in part to the damages inflicted by Detective Delgado's massive excessive force attack while falsly arresting Plaintiff for exercising a Constitutional Right, and some declining health can be attributed to the knowledge of the fact that an officer of the law would behave in such a mannor as falsifying a sworn statement in order to effect an arrest on an citizen, necessitating defending oneself from a prosecution that should have never occured. Some of the declining health can also be attributed to congenital problems.

## V. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.

Plaintiff seeks relief from the ongoing malicious prosecution in criminal court form Defendant Delgado's perjured report until the federal civil action is adjudicated or settled. Plaintiff also seeks relief from the TRO (temporary restraining order) so plaintiff may, if necessary, interact with the Punta Gorda Police Department in the form of FOIA requests, and also procede with discovery and the civil action (2:23-cv-130-SPC-NPM) unhampered by the fear of retaliation from the Defendant and from the Punta Gorda City Police Department and the criminal justice system. Plaintiff, physically unable, is not and has never been any kind of threat to PGPD so a TRO is absurdly unnecessary.

Pro Se 2 (Rev. 12/16) Complaint and Request for Injunction

## VI. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 05/16/2023

Signature of Plaintiff: *[signed]*
Printed Name of Plaintiff: Jerry L. Hoffman Jr.

18470 SE 18th Lane, Williston Fl. 32696
Phone (352)-339-4682
Email ImCatchULater@gmail.com

### B. For Attorneys

Date of signing: n/a

Signature of Attorney: n/a
Printed Name of Attorney: n/a
Bar Number: n/a
Name of Law Firm: n/a
Street Address: n/a
State and Zip Code: n/a
Telephone Number: n/a
E-mail Address: n/a