JERRY HOFFMAN
18470 SE 18th LANE
WILLISTON FL 32696

JACKSONVILLE FL 320
19 MAY 2023 PM 4 L

United States District Court
Middle District of Florida
Office of the Clerk
Room 2-194 United States Courthouse
And Federal Building

2110 First Street
Fort Myers, FL. 33901

33901-308344

RECEIVED

2023 MAY 22  PM 1:11

CLERK US
MIDDLE DIST          FLORIDA
FORT MYERS           FLA