

JACKSONVILLE FL 320
31 MAY 2023 PM 4 L

SCANNED
By USMS

United States District Court
Middle district of Florida
Office of the CLERK
Room 2-194 United States Court house
And Federal Building
2110 First Street
Fort Myers, FL. 33901

33901-308344

J.L. Hoffman
18470 SE 18th Lane
Williston FL 32696

