UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERRY L. HOFFMAN, JR.,

    Plaintiff,

v.                                                                                 Case No.  2:23-cv-130-SPC-NPM

JOSE DELGADO AND CITY
OF PUNTA GORDA,

    Defendants.
_____/

### NOTICE OF APPEARANCE

To the Clerk of Court and all parties of record, I am admitted to practice in this Court, and I appear in this case as counsel for Defendant Jose Delgado and Defendant City of Punta Gorda.

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL 32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Primary email: fmari@roperpa.com
Secondary email: ihaines@roperpa.com
Attorney for Defendant City of Punta Gorda and Defendant Jose Delgado

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 15, 2023, I filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system and served

copies via U.S. Mail (on June 16, 2023) and e-mail (on June 15, 2023) upon the following non-CM/ECF participant: Plaintiff Jerry L. Hoffman, Jr., (ImCatchULater@gmail.com), 18470 SE 18th Lane, Williston, Florida, 32696.

*/s/ Frank Mari*
Attorney for Defendant City of Punta Gorda and Defendant Jose Delgado