**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**FORT MYERS DIVISION**

JERRY L. HOFFMAN, JR.,

    Plaintiff,

v.                                                                    Case No. 2:23-CV-130-SPC-NPM

JOSE DELGADO AND CITY
OF PUNTA GORDA

    Defendants.

_____

**DISCLOSURE STATEMENT PURSUANT TO**
**FEDERAL RULE OF CIVIL PROCEDURE 7.1 AND LOCAL RULE 3.03**

    Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 3.03, Defendant City of Punta Gorda and Defendant Jose Delgado, makes the following disclosure(s).

1. If the filer is a nongovernmental corporate party or a nongovernmental corporation that seeks to intervene, identify any parent corporation and any publicly held corporation owning 10% or more of its stock or state there is no such corporation: N/A.

2. If this is an action in which jurisdiction is based on diversity under 28 U.S.C. § 1332(a), name and identify the citizenship of every individual or entity whose citizenship is attributed to the filing party or intervenor: [To identify the citizenship of a partnership, LLC, or other unincorporated entity, a party must list the citizenships of all members or partners of that entity.[1]] N/A.

---

[1] See Rolling Greens MHP, L.P. v. Comcast SCH Holdings L.L.C., 374 F.3d 1020, 1022 (11th Cir. 2004). Where a member of the party is also an unincorporated entity, its members must also be identified continuing on through however many layers of partners or members there may be. See Purchasing Power, LLC v. Bluestem Brands, Inc., 851 F.3d 1218, 1220 (11th Cir. 2017); D.B. Zwirn Special Opportunities Fund, L.P. v. Mehrotra, 661 F.3d 124, 125-27 (1st Cir. 2011).

3. Identify each person—including each lawyer, association, firm, partnership, corporation, limited liability company, subsidiary, conglomerate, affiliate, member, and other identifiable and related legal entity—that has or might have an interest in the outcome:

   Jerry L. Hoffman, Jr., Plaintiff
   Jose Delgado, Defendant
   City of Punta Gorda, Defendant
   Roper, P.A.
   Frank M. Mari, Esquire
   Preferred Governmental Insurance Trust
   PGCS Claim Services

4. Identify each entity with publicly traded shares or debt potentially affected by the outcome:

   None presently known.

5. Identify each additional entity likely to actively participate, including in a bankruptcy proceeding the debtor and each member of the creditors' committee:

   None presently known.

6. Identify each person arguably eligible for restitution:

   None presently known.

☒    I certify that, except as disclosed, I am unaware of an actual or potential conflict of interest affecting the district judge or the magistrate judge in this action, and I will immediately notify the judge in writing within fourteen days after I know of a conflict.

Respectfully submitted,

*/s/ Frank Mari*
Frank M. Mari
Florida Bar No. 93243
Primary:  fmari@roperpa.com
Secondary:  ihaines@roperpa.com
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803

2

Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendants Jose Delgado and
City of Punta Gorda

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on June 15, 2023, I filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system and served copies via U.S. Mail (on June 16, 2023) and e-mail (on June 15, 2023) upon the following non-CM/ECF participant: Plaintiff Jerry L. Hoffman, Jr., (ImCatchULater@gmail.com), 18470 SE 18th Lane, Williston, Florida, 32696.

                                        */s/ Frank Mari*
                                        Attorney for Defendants Jose Delgado and
                                        City of Punta Gorda