UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

JERRY L. HOFFMAN, JR.,

     *Plaintiff*,

v.                                                   CASE NO. 2:23-CV-130-SPC-NPM

JOSE DELGADO AND CITY
OF PUNTA GORDA,

     *Defendants*.

---

## NOTICE OF A RELATED ACTION[1]

Under Local Rule 1.07(c), "lead counsel has a continuing duty to notify the judge of a related action pending in the Middle District or elsewhere." **But for removal cases, the parties need not identify the original state-court proceeding in this Notice.** Notwithstanding the instruction in the Uniform Case Management Report, a Notice of Related Action must be filed in all cases in the Fort Myers Division, even if no related action exists.

Counsel and unrepresented parties must also inform the Court about any related cases previously filed with any court or administrative agency. And counsel and unrepresented parties have a continuing duty to promptly inform the Court of any newly filed similar or successive cases by filing an Amended Notice.

I certify that the above-captioned case:

---

[1] When filing via CM/ECF, use the "Notice of a Related Action" event under Civil Events-Other Filings-Notices.

☒ **IS** related to pending or closed civil or criminal case(s) previously filed in this Court, or any other federal or state court, or administrative agency as indicated below:

In the Circuit Court of the Twentieth Judicial Circuit in and for Charlotte County, Florida:

1. *State of Florida v. Jerry Lamar Hoffman*, case number 22001209F: criminal case allegedly arising out of the incident that is the subject of this action.

2. *State of Florida v. David M. Hobson*, case number 22001212F: criminal case allegedly arising out of the incident that is the subject of this action.

Respectfully submitted,

*Jerry L. Hoffman, Jr.*
_____
Jerry L. Hoffman, Jr.
18470 SE 18th Lane
Williston, Florida, 32696
Email: ImCatchULater@gmail.com
Plaintiff
Dated:  06/15/2023

_____
Frank M. Mari
Florida Bar No. 93243
Primary:  fmari@roperpa.com
Secondary:  ihaines@roperpa.com
Roper, P.A.
2707 E. Jefferson Street
Orlando, FL  32803
Telephone: (407) 897-5150
Facsimile: (407) 897-3332
Attorney for Defendants Jose Delgado and
City of Punta Gorda
Dated:  06/16/2023

Page 2 of 3

## **CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on <u>06/16/2023</u>, I filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system and served copies via U.S. Mail and e-mail upon the following non-CM/ECF participant: Plaintiff Jerry L. Hoffman, Jr., (ImCatchULater@gmail.com), 18470 SE 18th Lane, Williston, Florida, 32696.

                                    */s/ Frank Mari*

                                      Attorney for Defendants Jose Delgado and City of Punta Gorda

Document ID: b545cdf0-7a44-4d3c-999e-7a48847af5cc