UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

JERRY L. HOFFMAN JR.

    Plaintiff,

v.                                                   Case. No. 2:23-cv-130-SPC-NPM

JOSE DELGADO AND CITY

OF PUNTS GORDA

    Defendants.

_____/

### PLAINTIFFS' MOTION TO REQUEST EXTENDED TIME

    COME NOW, Plaintiff Jerry L. Hoffman Jr. Pro-Se litigant, hereby file and serve Motion to Request Extended Time to answer the Defendants Motion to Dismiss and Motion to Strike with Memorandum of Law.

    Plaintiff has had and has several health care appointments with the Veterans Administration which has and will consume the time needed to for a Pro-Se litigant to properly answer Defendants motion. Plaintiff requests an additional 15 days until 29/July/2023.

Plaintiff brings this Motion unopposed by Defendants.

Respectfully submitted,

/s/   Jerry  L.  Hoffman  Jr.

Jerry L. Hoffman Jr.

Pro-Se Litigant

18470 SE 18th Lane

Williston Fl. 32696

Telephone: (352) 339 4682

Email: ImCatchULater@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on July 07, 2023, I filed a true and correct copy of the foregoing with the Clerk of the Court by using the CF/EFC system and served copies via U.S. Mail and email upon the following participant.

Defendants Attorney of Record Frank Mari, (fmari@roperpa.com), 2707 East Jefferson Street, Orlando, Fl. 32803

/S/_Jerry_L._Hoffman_Jr.

Pro-Se Litigant