UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

JERRY L. HOFFMAN JR.

    Plaintiff,

    v.                                               Case No. 2:23-cv-130-SPC-NPM

JOSE DELGADO AND THE

CITY OF PUNTA GORDA

    Defendants,

_____/

**<u>PLAINTIFF'S UNOPPOSED MOTION REQUESTING ADDITIONAL PAGES</u>**

COME NOW, Plaintiff Jerry L. Hoffman Jr. Pro Se litigate, hereby file and serve this Motion to request five (5) additional pages to answer Defendants Motion to Dismiss and Motion to Strike with Memorandum of Law.

Plaintiff respectfully requests a five (5) page addition to the Local Rule 3.01(b) in order to incorporate several points of the argument on the First Amendment while still being concise and to the point. Due to *Sheets* v *Punta Gorda*, more information is needed to properly present the argument.

Respectfully submitted,

/s/  Jerry L. Hoffman Jr.

Jerry L. Hoffman Jr.

Pro se litigant

18470 S.E. 18th Lane

Williston, Fl. 32696

Telephone: (352) 339-4682

Email: ImCatchULater@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on 12 July 2023, I filed a true and correct copy of the foregoing with the Clerk of the Court by using the CM/ECF system and served copies via e-mail upon the following participant: Attorney for the Defendants, Frank Mari, (fmari@roperpa.com) U.S. Mail: Roper P.A. 2707 East Jefferson St. Orlando, Fl. 32803

_