JERRY HoFFMAN
18470 SE 18th LANE
Williston, FL. 32696

United States District Court
CLERK of CouRt M.D.
2110 First Street
FoRt MYERS, FL. 33901

Retail

UNITED STATES
POSTAL SERVICE®

RDC 99

33901

U.S. POSTAGE PAID
FCM LG ENV
WILLISTON, FL 32696
JUL 12, 2023

$2.31

R2305E124770-09

RECEIVED

2023 JUL 14 AM 11:41

U.S. DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS, FLORIDA