UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

**JERRY L. HOFFMAN, JR.**,

    Plaintiff,

v.                                      2:23-cv-130-SPC-NPM

**JOSE DALGADO** and **CITY OF PUNTA GORDA**,

    Defendants.

| **Judge:** | Nicholas P. Mizell | **Counsel for Plaintiff** | Jerry L. Hoffman, Jr. |
|---|---|---|---|
| **Deputy Clerk:** | Wendy Winkel | **Counsel for Defendant:** | Frank Mari |
| **Court Reporter** | Digital | **Interpreter** | N/A |
| **Date/Time** | August 3, 2023 11:38 AM | **Total Time** | 25 minutes |

## Preliminary Pretrial Conference

Court discussed case management and scheduling deadlines and other issues regarding case management.

Plaintiff to respond to the Motion to Stay within 14 days (Doc. 27). Court discussed possible pro bono mediator options with counsel.

Rule 26(a)(1) disclosures and deadlines to respond to served discovery are stayed until the court rules on defendants' motion to stay.

Court reminded Counsel to consult and follow the provisions of the forthcoming CMSO, the Court's Discovery Manual and CM/ECF administrative procedures and the District Judge's policies and preferences, all of which are available on the Court's website.

Scheduling Order to issue.