UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

JERRY L. HOFFMAN JR.

    Plaintiff,

    v.                                  Case No. 2:23-cv-130-SPC-NPM

JOSE DELGADO AND

THE CITY OF PUNTA GORDA,

    Defendants.

_____/

PLAINTIFFS UNOPPOSED MOTION TO USE ELECTRONIC DEVICE

    COME NOW, Plaintiff Jerry L. Hoffman Jr., Pro Se Litigant, hereby file and serve Motion to Allow Electronic Devices in United States District Court.

    Plaintiff respectfully requests the District Court to allow Plaintiff the use of electronic devices in District Court due to the disabilities Plaintiff suffers. Plaintiff has physical disabilities as well as learning and memory disabilities and has all court notes and case information on Plaintiff's laptop that would be necessary to properly represent Plaintiff's case in court.

    Plaintiff understands full well the ban on media devices in court and has no intention of disobeying such a ban. Plaintiff's only concern in the use of an electronic device (IE-laptop computer) is to further Plaintiff's case.

Respectfully submitted,

/s/  Jerry L. Hoffman Jr.

Jerry L. Hoffman Jr.

Pro Se Litigant

18470 S.E. 18th Lane

Williston Fl. 32696

Telephone: (352) 339-4682

Email: ImCatchULater@gmail.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on August 08, 2023, I filed a true and correct copy of the foregoing with the Clerk of Court by using the CM/ECF system and served a copy by email upon the following participant: Frank Mari (fmari@roperpa.com) Attorney for Defendant Jose Delgado and Defendant City of Punta Gorda.

/s/ Jerry L. Hoffman Jr.

Jerry L. Hoffman Jr.

Pro Se Litigant