# Motion for Permission to Appeal In Forma Pauperis and Affidavit

United States Court of Appeals for the Eleventh Circuit

JERRY L. HOFFMAN JR.

v.

13-13213-A

Court of Appeals No. 23-13213-A

District Court No. 2:23-CV-130-SPC-NPM

**Instructions:** Complete all questions in this application and then sign it. Do not leave any blanks: if the answer to a question is "0," "none," or "not applicable (N/A)," write in that response. If you need more space to answer a question or to explain your answer, attach a separate sheet of paper identified with your name, your case's docket number, and the question number. You must include a Certificate of Interested Persons and Corporate Disclosure Statement (attached).

**Affidavit in Support of Motion**

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the docket fees of my appeal or post a bond for them. I believe I am entitled to redress. I swear or affirm under penalty of perjury under United States laws that my answers on this form are true and correct. (28 U.S.C. § 1746; 18 U.S.C. § 1621.)

Date: 3 October 2023    Signed: /s/ Jerry L. Hoffman Jr.

*1. My issues on appeal are:* If the facts alleged are to be taken as true and viewed in the light most vavorable to the Plaintiff, the judge overlooks that probable cause to arrest is not present because Plaintiff was attempting to leave when assaulted by Defendant Delgado and Defendant Delgado did falsify his official reporrt and swear to that false report to effect arrest in retalation for video recording in public, committing the several constitutional violations alleged in Doc. 5 of Plaintiff's complaint. To dismiss, The Honorable Judge Chappell refers to her 2019 decision of Sheets v Punta Gorda, and while resting that decision on unconstitutional grounds volitive of several Supreme Court decisions that favor video recording public officials in the course of their duties in public, the judge overlooks Plaintiff's claim of an unconstitutional ordinance of prior restraint and brief (doc. 25) pointing to the ordinances' vagueness, overreach, bias, and perferential treatment of views the city manager finds favorable, and the judge overlooks Plaintiff's reference to American Jurisprudence 2nd edition @473-13, that points out 'that prior restraint on speech that is premised merely on protecting buisness intrests fails First Amendment scrutiny' which is what the city ordinance in question is based on and not on any substantial governmental intrest, which effectivly shows Monel by the customes the city holds to to block free speech. The Plaintiff seeks punitive damages, Justice and any other relief the Court deems fit and just.

Rev.: 1/22

2. *For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.*

| Income Source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $0 | $1163.00 | $0 | $0 |
| Self-employment | $0 | $849.08 | $0 | $1000.00 |
| Income from real property (such as rental income) | $0 | $0 | $0 | $0 |
| Interests and dividends | $0 | $0 | $0 | $0 |
| Gifts | $0 | $0 | $0 | $0 |
| Alimony | $0 | $0 | $0 | $0 |
| Child support | $0 | $0 | $0 | $0 |
| Retirement (such as Social Security, pensions, annuities, insurance) | $0 | $210.00 | $0 | $504.00 |
| Disability (such as Social Security, insurance payments) | $889.00 | $0 | $914.00 | $0 |
| Unemployment payments | $0 | $0 | $0 | $0 |
| Public-assistance (such as welfare) | $0 | $0 | $0 | $0 |
| Other (specify): N/A | $0 | $0 | $0 | $0 |
| **Total monthly income:** | $889.00 | $2222.00 | $914.00 | $1504.00 |

3. *List your employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| Employer | Address | Dates of Employment | Gross Monthly Pay |
|---|---|---|---|
| disabled in 2008 | N/A | N/A | 0 |
| N/A | N/A | N/A | 0 |
| N/A | N/A | N/A | 0 |

4. *List your spouse's employment history for the past two years, most recent employer first. (Gross monthly pay is before taxes or other deductions.)*

| | | | |
|---|---|---|---|
| Brintwood Retirement Center | 1900 W. alpha Ct. Lecanto, Fl. 34461 | 9/6/2021-2/18/2023 | 2800.00-3000.00 |

5. *How much cash do you and your spouse have?* $35.00

2

Below, state any money you or your spouse have in bank accounts or in any other financial institution.

| Financial Institution | Type of Account | Amount you have | Amount your spouse has |
|---|---|---|---|
| Fla. Credit Union | Joint Checking | $187.00 | $187.00 |
| FCU Savings | Joint Savings | $5.00 | $5.00 |
| USAA | Joint Checking | $16.49 | $16.49 |

**If you are a prisoner seeking to appeal a judgment in a civil action or proceeding, you must attach a statement certified by the appropriate institutional officer showing all receipts, expenditures, and balances during the last six months in your institutional accounts. If you have multiple accounts, perhaps because you have been in multiple institutions, attach one certified statement of each account.**

6. *List the assets, and their values, which you own or your spouse owns. Do not list clothing and ordinary household furnishings.*

| Home (Value) | Other Real Estate (Value) | Motor Vehicle #1 (Value) |
|---|---|---|
| 280,000.00 | N/A | Make & Year: Chevy 2003 |
| N/A | N/A | Model: Silverado |
| N/A | N/A | Registration #: Z175BA |

| Other Assets (Value) | Other Assets (Value) | Motor Vehicle #2 (Value) |
|---|---|---|
| None | None | Make & Year TOYOTA 1999 |
| None | None | Model: Avalon |
| None | None | Registration #: IUUY79 |

7. *State every person, business, or organization owing you or your spouse money, and the amount owed.*

| Person owing you or your spouse money | Amount owed to you | Amount owed to your spouse |
|---|---|---|
| no one | 0 | 0 |
| N/A | 0 | 0 |
| N/A | 0 | 0 |

3

8. *State the persons who rely on you or your spouse for support.*

| Name [or, if under 18, initials only] | Relationship | Age |
|---|---|---|
| No One | N/A | N/A |
| N/A | N/A | N/A |
| N/A | N/A | N/A |

9. *Estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.*

| | You | Your Spouse |
|---|---|---|
| For home-mortgage payment (include lot rented for mobile home) | $0 | $0 |
| Are real-estate taxes included? ■ Yes ☐ No | $0 | $0 |
| Is property insurance included? ☐ Yes ☐ No | $0 | $0 |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $175.05 | $175.05 |
| Home maintenance (repairs and upkeep) | $32.50 | $32.50 |
| Food | $175.00 | $175.00 |
| Clothing | $10.00 | $10.00 |
| Laundry and dry-cleaning | $8.00 | $8.00 |
| Medical and dental expenses | $0 | $70.83 |
| Transportation (not including motor vehicle payments) | $180.00 | $212.50 |
| Recreation, entertainment, newspapers, magazines, etc. | $50.00 | $50.00 |
| Insurance (not deducted from wages or included in mortgage payments) | $ | $ |
|    Homeowner's or renter's | $47.25 | $47.25 |
|    Life | $0 | $0 |
|    Health | $0 | $ |
|    Motor Vehicle | $58.25 | $58.25 |
|    Other: N/A | $0 | $0 |
| Taxes (not deducted from wages or included in mortgage payments) (specify): Monthly Property Taxes | $129.00 | $129.00 |
| Installment payments | $ | $ |
|    Motor Vehicle | $ | $ |
|    Credit card (name): Discover | $0 | $173.08 |
|    Department store (name): Lowes | $50.67 | $50.67 |
|    Other: FCU Platinum | $125.00 | $125.00 |

4

| | | |
|---|---|---|
| Alimony, maintenance, and support paid to others | $ 0 | $ 0 |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) | $ see | $ attached |
| Other (specify): Student Loan | $ 0 | $ 0 |
| **Total monthly expenses** | $ 1040.72 | $ 1317.08 |

10. *Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?*

    ☒ Yes  ☐ No     If yes, describe on an attached sheet.

11. *Have you spent – or will you be spending – any money for expenses or attorney fees in connection with this lawsuit?*

    ☒ Yes  ☐ No     If yes, how much: $ 3197.00

12. *Provide any other information that will help explain why you cannot pay the docket fees for your appeal.*

    Question 10) Wife Student Loan 9777.00 will have to start paying on it soon.
    we save up property taxes in FCU Savings and pay quarterly. (780.00 a quarter)
    we just paid this quarter.
    we do everything jointly but she drives more than I.

13. *State the city and state of your legal residence.* Williston Florida

    Your daytime phone number: (352) 339-4682
    Your age: 60           Your years of schooling: 11

5

## U.S. COURT OF APPEALS FOR THE ELEVENTH CIRCUIT

## CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT (CIP)

Jerry L. Hoffman Jr.   *vs.*   Jose Delgado and City of Punta Gorda   Appeal No. 13-13213-A

11th Cir. R. 26.1-1(a) requires the appellant or petitioner to file a Certificate of Interested Persons and Corporate Disclosure Statement (CIP) with this court within 14 days after the date the case or appeal is docketed in this court, and to include a CIP within every motion, petition, brief, answer, response, and reply filed.  Also, all appellees, intervenors, respondents, and all other parties to the case or appeal must file a CIP within 28 days after the date the case or appeal is docketed in this court. **You may use this form to fulfill these requirements.**  In alphabetical order, with one name per line, please list all trial judges, attorneys, persons, associations of persons, firms, partnerships, or corporations that have an interest in the outcome of this case or appeal, including subsidiaries, conglomerates, affiliates, parent corporations, any publicly held corporation that owns 10% or more of the party's stock, and other identifiable legal entities related to a party. *(Please type or print legibly)*:

1) City of Punta Gorda, Florida [Defendant]

2) Delgado, Jose  [Defendant]

3) Hoffman Jr. Jerry L. [Plaintiff]

4) Mari, Frank [attorney for defence]

5) Mizell, Nicholas P. [United States Magistrate Judge]

6) Chappell, Sheri P. [United States District Judge]

7) Preferred Governmental Insurance Trust [Punta Gorda insurance carrier]

80 Roper, P.A. [Mr. Mari's firm]

Submitted by:
Signature: *Jerry L. Hoffman*
Name: Jerry L. Hoffman Jr.           Prisoner # (if applicable): 0
Address: 18470 S.E. 18th Lane, Williston, Florida 32696
Telephone #: (352) 339-4682

Rev.: 2/23

# The Virtuous Bookkeeper

## Expenses by Vendor Summary
### September 2022 - September 2023

|  | TOTAL |
|---|---:|
| Ad Blocker | 15.00 |
| AT&T Business Internet | 1,152.34 |
| Avast | 63.87 |
| Circle K | 46.50 |
| Constant Contact | 37.99 |
| Google | 376.82 |
| mora hoffman | 141.80 |
| Murphy USA | 167.52 |
| Office Depot | 151.40 |
| Outlaw Wholesale Liquidators LLC | 212.00 |
| Patriot Software | 310.65 |
| Publix | 80.00 |
| QuickBooks | 38.50 |
| QuickBooks Payments | 32.22 |
| State of Florida Division of Corporations | 138.75 |
| The Hartford | 253.46 |
| USPS.COM | 46.60 |
| Veronica Wasek | 35.00 |
| Walmart | 56.95 |
| Word Press | 138.00 |
| Not Specified | 399.20 |
| **TOTAL** | **$3,894.57** |