UNITED STATES COURT OF APPEALS
FOR THE ELEVENTH CIRCUIT

Jerry L. Hoffman Jr.,                      Case No. 23-13213-A
    Plaintiff / Appellant               M.D. Fla. Case Number:
v.                                             2:23-cv-00130-SPC-NPM

Jose Delgado, et al,.
    Defendants / Appellees
_____/

CERTIFICATE OF NO TRANSCRIPT

      This is to certify the>re no trial transcripts do to the case being dismissed with prejudice before the Case went to trial in the Middle District Court Fort Myers Division. Appellant called the clerk of the Middle District Court and was told there were no transcriptions.

Respectfully submitted,
*/s/ Jerry L. Hoffman Jr.*
Jerry L. Hoffman Jr
Pro Se Litigant m
18470 SE 18th Lane
Williston Fl. 32696
Phone (352) 339-4682
Email: ImCatchULater@gmail.com

CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 10, 2023, the undersigned filed a true and correct copy of the foregoing with the clerk of the Appellate Court, the clerk of the M.D. Court via the CM/ECF system and served a copy via email upon the following participant: Attorney for the Defendants/appellees Frank Mari (fmari@roperpa.com)

Respectfully submitted
*/s/ Jerry L. Hoffman Jr.*
Jerry L. Hoffman Jr.
Pro Se Litigant
18470 SE 18th Lane
Williston Fl. 32696
Telephone: (352) 339-4682
Email: ImCatchULater@gmail.com