UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF FLORIDA

FORT MYERS DIVISION

JERRY L. HOFFMAN JR.

Plaintiff,

    v.                                              Case No. 2:23-cv-130-SPC-NPM

JOSE DELGADO AND CITY

OF PUNTA GORDA,

Defendants.

_____/

**MOTION TO WITHDRAW INFORMA POPURIS (Doc. 35)**

Plaintiff withdraws Informa Popuris (Doc. 35). Plaintiff understands it is not required or necessary and does not wish to burden the court.

Respectfully submitted

*/s/ Jerry L. Hoffman Jr.*

Jerry L. Hoffman Jr.

Pro Se

18470 S.E. 18th Lane

Williston, Fl. 32696

Telephone: (352) 339-4682

Email: ImCatchULater@gmail.com

## Certificate of service

I HEREBY CERTIFY that on October 13, 2023, the undersigned filed a true and correct copy of the foregoing with the Clerk of the Court via the CM/ECF system and served a copy via email upon the following participant: Attorney for the defendants, Frank Mari. (fmari@roperpa.com)

Respectfully submitted

*/s/ Jerry L. Hoffman Jr.*

Jerry L. Hoffman Jr.

Pro Se

18470 S.E. 18th Lane

Williston, Fl. 32696

Telephone: (352) 339-4682

Email: ImCatchULater@gmail.com